IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-07-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| DAVID KESHA BLAINE, | |
| Defendant. | |

Defendant having filed a Motion to Change Plea (Doc. 17) on March 14, 2018,

IT IS HEREBY ORDERED that the trial set for June 4, 2018 is **VACATED**.

IT IS FURTHER ORDERED that a change of plea hearing is set for **Thursday, March 22, 2018 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between March 14, 2018 and March 22, 2018 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

DATED this 14th day of March, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE