FILED

JUL 1 9 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR-18-07-BLG-SPW |
| Plaintiff, | **ORDER GRANTING DEFENDANT DAVIDA BLAINE'S UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| -vs- | |
| DAVIDA KESHA BLAINE, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal (Doc. 29), and good cause appearing,

IT IS HEREBY ORDERED that Defendant Davida Blaine's Motion to File Sentencing Memorandum Under Seal is **GRANTED.**

IT IS FURTHER ORDERED that the Clerk of Court shall file Defendant's Sentencing Memorandum and exhibit (Doc. 27) under seal.

Dated this 19th day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1