FILED
JUL 19 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR-18-07-BLG-SPW |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT DAVIDA BLAINE'S NOTICE OF LETTERS OF SUPPORT UNDER SEAL** |
| -vs- | |
| DAVIDA KESHA BLAINE, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to File Notice of Letters of Support Under Seal (Doc. 30), and good cause appearing,

IT IS HEREBY ORDERED that Defendant Davida Blaine's Motion to File Notice of Letters of Support Under Seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file the Defendant's Notice of Letters of Support and exhibits (Doc. 28) under seal.

Dated this 19th day of July, 2018.

SUSAN P. WATTERS
United States District Judge

1